| | | |
|---|---|---|
| TROY LILLIE, ET AL. | * | DOCKET NO. 581,670 SECTION 24 |
| | * | |
| VERSUS | * | |
| | * | 19th JUDICIAL DISTRICT COURT |
| STANFORD TRUST COMPANY, | * | |
| STATE OF LOUISIANA, OFFICE | * | PARISH OF EAST BATON ROUGE |
| OF FINANCIAL INSTITUTIONS, | * | |
| AND SEI INVESTMENTS | * | STATE OF LOUISIANA |
| COMPANY | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>PLAINTIFFS' TROY LILLE, *ET AL.*</u>
<u>FIRST AMENDED AND RESTATED</u>
<u>CLASS ACTION PETITION</u>

# FILED UNDER SEAL

THIS PLEADING IS FILED
UNDER SEAL PURSUANT TO
CONFIDENTIALITY AND PROTECTIVE ORDERS
DATED AUGUST 27, 2010 AND FEBRUARY 2, 2011

EXHIBIT A

| | |
|---|---|
| TROY LILLIE, ET AL. | DOCKET NO. 581670 SECTION 24 |
| VERSUS | 19th JUDICIAL DISTRICT COURT |
| STANFORD TRUST COMPANY, STATE OF LOUISIANA, OFFICE OF FINANCIAL INSTITUTIONS, AND SEI INVESTMENTS COMPANY | PARISH OF EAST BATON ROUGE STATE OF LOUISIANA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF SERVICE
### ON CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, personally came and appeared **JENNIFER R. DIETZ**, who after being duly sworn, said that:

1. On the 7th day of February, 2013, she served a certified copy of the Motion for Leave to File the First Amended and Restated Class Action Petition with signed Order, the First Amended and Restated Class Action Petition filed by Plaintiffs, Plaintiffs' First Amendment to Original Petition for Damages (IRA), and Plaintiffs' Original Petition (Class Action) in the above referenced and captioned matter in this action under the Louisiana Long Arm Statute, La. R.S. 13:3201, *et seq.*, by commercial courier, Federal Express, having tracking number 794703253033, to **Certain Underwriters at Lloyd's of London**, through its agent for service of process, Wilson, Elser, Moscowitz, Edelman & Dicker, 120 N. LaSalle Street, Chicago, IL 60602, as indicated on the Errors and Omissions insurance policies, said tracking receipt being attached herein as **Exhibit A**. On the 8th day of February, 2013, Federal Express advised of delivery to the updated address of the present location of Wilson, Elser, Moscowitz, Edelman & Dicker at 55 West Monroe Street, Chicago, IL 60603. The proof-of-delivery receipt pertaining to the aforesaid mailing at the present location, after having been duly received and signed by an agent, J. Molina, for the addressee on the 8th day of February, 2013, as indicated by the said proof-of-delivery receipt, is attached hereto as **Exhibit B**.

_____
JENNIFER R. DIETZ

SWORN TO AND SUBSCRIBED BEFORE ME this 13th day of February, 2013.

_____
Crystal D. Burkhalter
Bar Roll No. 27396
**NOTARY PUBLIC**
My Commission Expires at Death

## Jennifer Dietz

**From:** trackingupdates@fedex.com
**Sent:** Thursday, February 07, 2013 3:02 PM
**To:** Jennifer Dietz
**Subject:** Tendered to FedEx

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | PREIS GORDON |
| Name: | PREIS GORDON |
| E-mail: | courtney@preislaw.com |

This shipment was tendered to FedEx Express on 02/07/2013.

Reference information includes:

| | |
|---|---|
| Reference: | 2342.007 |
| Estimated delivery: | Feb 8, 2013 |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Pak |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Adult Signature Required |
| | Deliver Weekday |
| : | Picked up |
| ng number: | 794703253033 |



do not respond to this message. This email was sent from an unattended
t. This report was generated at approximately 3:02 PM CST on
'013.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

Estimated Delivery displayed above is not valid for Money-Back Guarantee or
delay claim purposes. Shipments delayed because of Customs or other
regulatory delays are not subject to refund or credit under FedEx Money-Back
Guarantee Policy. Please see FedEx Service Guide for terms and conditions of
service, including FedEx Money-Back Guarantee. For more information, please
contact your FedEx Customer Support representative.

To track the latest status of your shipment, click on the tracking number
above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update.



EXHIBIT
A

1

- For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

FedEx Express          US Mail PO Box 727         Telephone 901-369-3600
Customer Support       Memphis, TN 38194-1643
Domestic Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116



February 08, 2013

JENNIFER DIETZ
(225) 344-0510

Dear JENNIFER DIETZ:

Our records reflect the following delivery information for the shipment with the tracking number 794703253033.

Delivery Information:

Signed For By:   J.MOLINA

Delivered to:    55 W MONROE

Delivery Date:   February 08, 2013

Delivery Time:   03:18 PM

Shipping Information:

Shipment Reference Information: 2342.007

Tracking No:  794703253033            Ship Date:   February 07, 2013

Shipper:  MARILYN STARKS              Recipient:   WILSON, ELSER,
          PREIS GORDON                             MOSCOWITZ, EDEL
          450 LAUREL STREET                        CERT.UNDERWRITERS-LLOYD
          SUITE 2150 - CHASE ONE                   S OF LO
          NORTH T                                  55 W MONROE
          BATON ROUGE, LA 70801                    CHICAGO, IL 60603
          US                                       US

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx (1-800-463-3339)
Reference No: R20130208024503623562

This Information is provided subject to the FedEx Service Guide.



EXHIBIT B

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

TROY LILLIE, ET AL  
(Plaintiff)

NUMBER C581670 SECTION 24

19th JUDICIAL DISTRICT COURT

Vs.

PARISH OF EAST BATON ROUGE

STANFORD TRUST COMPANY, ET AL  
(Defendant)

STATE OF LOUISIANA

TO:  ALLIED WORLD ASSURANCE COMPANY  
THROUGH ITS AGENT FOR SERVICE OF PROCESS  
LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 06-FEB-2013.

Deputy Clerk of Court for  
Doug Welborn, Clerk of Court

Requesting Attorney: PHILLIP WESLEY PREIS

*Also attached are the following documents:  
FIRST AMENDED AND RESTATED CLASS ACTION PETITION;  
ORIGINAL PETITION; MOTION FOR LEAVE

**SERVICE INFORMATION**

Received on the _____ day of _____, 20____ and on _____, 20____ served on the above named party as follows:  
PERSONAL SERVICE: On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____ by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:     $_____  
MILEAGE:    $_____  
TOTAL:        $_____

Deputy Sheriff  
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

**FILED**  
FEB 14 2013  
DEPUTY CLERK OF COURT




EBR1681092

## ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

NUMBER C581670 SECTION 24

TROY LILLIE ET AL
(Plaintiff)

19th JUDICIAL DISTRICT COURT

Vs.

PARISH OF EAST BATON ROUGE

STANFORD TRUST COMPANY, ET AL
(Defendant)

STATE OF LOUISIANA

TO:   ARCH INSURANCE COMPANY
      THROUGH ITS AGENT FOR SERVICE OF PROCESS
      LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish on 06-FEB-2013.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: PHILLIP WESLEY PREIS

*Also attached are the following documents:
FIRST AMENDED AND RESTATED CLASS ACTION PETITION
ORIGINAL PETITION; MOTION FOR LEAVE

### SERVICE INFORMATION

Received on the _____ day of _____, 20____ and on the above named party as follows:
PERSONAL SERVICE: On the party herein named _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:    $ _____
MILEAGE     $ _____
TOTAL:      $ _____

Deputy Sheriff
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

FILED
FEB 14 2013
DEPUTY CLERK OF COURT



EBR1681094

# ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

**TROY LILLIE ET AL**
(Plaintiff)

Vs.

**STANFORD TRUST COMPANY, ET AL**
(Defendant)

NUMBER C581670 SECTION 24

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO: CONTINENTAL CASUALTY COMPANY
THROUGH ITS AGENT FOR SERVICE OF PROCESS
LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 06-FEB-2013.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: PHILLIP WESLEY PREIS

*Also attached are the following documents:
FIRST AMENDED AND RESTATED CLASS ACTION PETITION
ORIGINAL PETITION

---

**SERVICE INFORMATION**

Received on the ____ day of _____, 20____ on the above named party as follows:

PERSONAL SERVICE: On the party herein named _____

DOMICILIARY SERVICE: On the within named _____ in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this ____ day of _____, 20____.

SERVICE: $_____
MILEAGE: $_____        Deputy Sheriff
TOTAL: $_____          Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

**FILED**
FEB 14, 2013
DEPUTY CLERK OF COURT



EBR1681083

## ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

| | NUMBER C581670 SECTION 24 |
|---|---|
| TROY LILLIE ET AL (Plaintiff) | 19th JUDICIAL DISTRICT COURT |
| Vs. | PARISH OF EAST BATON ROUGE |
| STANFORD TRUST COMPANY, ET AL (Defendant) | STATE OF LOUISIANA |

TO: ENDURANCE SPECIALTY INSRUANCE, LTD
THROUGH ITS AGENT FOR SERVICE OF PROCESS
LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 06-FEB-2013.

_Deputy Clerk of Court for_
_Doug Welborn, Clerk of Court_

Requesting Attorney: PHILLIP WESLEY PREIS

*Also attached are the following documents:
FIRST AMENDED AND RESTATED CLASS ACTION PETITION;
ORIGINAL PETITION; MOTION FOR LEAVE

### SERVICE INFORMATION

Received on the ____ day of _____, 20____ and on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____
DOMICILIARY SERVICE: On the within named _____ in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____
SECRETARY OF STATE: By tendering same to the within named, by handing same to _____
DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this ____ day of _____, 20____.

| SERVICE: | $_____ | |
|---|---|---|
| MILEAGE: | $_____ | Deputy Sheriff |
| TOTAL: | $_____ | Parish of East Baton Rouge |

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408



FILED
FEB 14 2013
DEPUTY CLERK OF COURT

## ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

TROY LILLIE ET AL
(Plaintiff)

NUMBER C581670 SECTION 24

19th JUDICIAL DISTRICT COURT

Vs.

PARISH OF EAST BATON ROUGE

STANFORD TRUST COMPANY, ET AL
(Defendant)

STATE OF LOUISIANA

TO:  INDIAN HARBOR INSURANCE COMPANY
THROUGH ITS AGENT FOR SERVICE OF PROCESS
LOUISIANA SECRETARTY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 06-FEB-2013.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: PHILLIP WESLEY PREIS

*Also attached are the following documents:
FIRST AMENDED AND RESTATED CLASS ACTION PETITION;
ORIGINAL PETITION; MOTION FOR LEAVE

### SERVICE INFORMATION

Received on the ____ day of _____, 20____ and on the ____ day of _____, 20____ served on the above named party as follows:
PERSONAL SERVICE: On the party herein named _____

DOMICILIARY SERVICE: On the within named _____ by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:  $_____
MILEAGE:  $_____           Deputy Sheriff
TOTAL:    $_____           Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408

FILED
FEB 14 2013
_____
DEPUTY CLERK OF COURT



EBR1681087

## ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION

TROY LILLIE ET AL
(Plaintiff)

Vs.

STANFORD TRUST COMPANY, ET AL
(Defendant)

NUMBER C581670 SECTION 24

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO: NUTMEG INSURANCE COMPANY
THROUGH ITS AGENT FOR SERVICE OF PROCESS
LOUISIANA SECRETARY OF STATE

Attached to this citation are certified copies of the Original and Supplemental and Amended Petitions*. The petitions tell you what you are being sued for.

You must EITHER do what the petitions asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana.

If you do not do what the petitions asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be entered against you without further notice.

This citation was issued by the Clerk of Court for the East Baton Rouge Parish, on 06-FEB-2013.

Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: PHILLIP WESLEY PREIS

*Also attached are the following documents:
FIRST AMENDED AND RESTATED CLASS ACTION PETITION;
ORIGINAL PETITION; MOTION FOR LEAVE

☐ MEGHAN SHANKS

### SERVICE INFORMATION:

Received on the _____ day of _____ 20___ and on the _____ day of _____, 20___, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____

SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT: After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20___.

SERVICE: $_____
MILEAGE: $_____
TOTAL: $_____

Deputy Sheriff
Parish of East Baton Rouge

ORIGINAL AND SUPPLEMENTAL AND AMENDED CITATION -2408-

FILED
FEB 14, 2013
DEPUTY CLERK OF COURT



EBR1681090