Case 3:13-cv-03127-N-BG   Document 1-5   Filed 03/11/13   Page 1 of 1   PageID 29



# Corporations

Online Services | Corporations | Forms | Contact Corporations | Business Services

Search
By Business Name
By Business Entity ID
Verify
Verify Certification
Online Orders
Register for Online
Orders
Order Good Standing
Order Certified Documents
Order Business List
My Images
Search for Images

## Business Entity Filing History

**Date:** 3/6/2013 (Select the link above to view the Business Entity's Filing History)

### Business Name History

| Name | Name Type |
| --- | --- |
| S. E. INVESTMENTS | Current Name |

### Fictitious Names - Domestic - Information

| | |
| --- | --- |
| **Entity Number:** | 884481 |
| **Status:** | Active |
| **Entity Creation Date:** | 8/28/1985 |
| **State of Business.:** | PA |
| **Principal Place of Business:** | 1418 EAST MARKET STREET YORK PA 17403-0 |
| **Mailing Address:** | No Address |

### Owner Information

| | |
| --- | --- |
| **Owner(s) for:** | S. E. INVESTMENTS |

### Owners

| | |
| --- | --- |
| **Name:** | **BARY R RAUHAUSER ET AL** |
| **Mailing Address:** | [Address Not Available] |

Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Privacy Policy | Security Policy

**EXHIBIT C**