NINETEENTH JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

DIVISION I, SECTION 24


. . . . . . . . . . . . . . . . . .

TROY LILLIE, ET AL                          .

V.                                          .    SUIT NO. 581,670

STANFORD TRUST COMPANY, ET AL               .

. . . . . . . . . . . . . . . . . .


THURSDAY, SEPTEMBER 20, 2012

HEARING ON CLASS CERTIFICATION

THE HONORABLE R. MICHAEL CALDWELL, JUDGE PRESIDING


APPEARANCES:

PHILLIP PREIS, CHARLES GORDON, CRYSTAL BURKHALTER, CAROLINE GRAHAM, AND CHARLES THOMPSON FOR PLAINTIFFS


DAVID LATHAM, KEARY EVERITT, AND MARIE EVERITT FOR LOUISIANA STATE FINANCIAL INSTITUTIONS OFFICE


DURIS HOLMES, J. COONEY, JR., ELIZABETH FAY, AND ROBERT KERRIGAN, JR. FOR SEI INVESTMENTS COMPANY


REPORTED BY: PAMELA KATE VOLENTINE, CCR #26011

**EXHIBIT D**

A    YES.

Q    AND IN YOUR INDIVIDUAL NAME AND YOUR IRA, DID YOU PURCHASE STANFORD INTERNATIONAL BANK CD'S?

A    YES.

Q    LET ME SHOW YOU EXHIBIT 17, WHICH SHOULD BE SITTING RIGHT IN FRONT OF YOU. DO YOU SEE EXHIBIT 17?

A    YES.

Q    ARE YOU ON THERE, DR. BEVEN?

A    YES.

Q    DOES EXHIBIT 17, AS SOON AS WE GET IT UP ON THE SCREEN, ACCURATELY LIST THE AMOUNTS OF THE CD'S THAT YOU OWNED IN BOTH YOUR TRUST ACCOUNT WITH STANFORD TRUST COMPANY -- EXCUSE ME, YOUR IRA ACCOUNT WITH STANFORD TRUST COMPANY?

A    YES.

Q    AND IN YOUR INDIVIDUAL NAME?

A    YES.

Q    DOES EXHIBIT 17 ACCURATELY LIST THE DATES OF PURCHASE OF THOSE CD'S?

A    YES.

Q    WHAT WAS THE APPROXIMATE AMOUNT OF THE CD'S THAT YOU HAD IN BOTH YOUR INDIVIDUAL NAME AND IRA AT THE TIME THAT THE STANFORD GROUP WAS SHUT DOWN BY THE SEC?

A    $7,300,000 I THINK.

Q    AND YOU LOST ALL THAT, CORRECT?

A    YES.

Q    WOULD YOU RECEIVE ACCOUNT STATEMENTS FOR YOUR IRA AND THE INDIVIDUAL ACCOUNTS?

A    YES, QUARTERLY AND MONTHLY.

Q    HOW OFTEN WOULD YOU RECEIVE THOSE? YOU JUST SAID THAT. EXCUSE ME. IT'S BEEN A LONG DAY. DID YOU RELY ON THE VALUE ASSERTED IN THOSE ACCOUNT STATEMENTS?

A    YES.