IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TROY LILLIE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:13-CV-3127-N |
| STANFORD TRUST COMPANY, *et al.*, | § § § | |
| Defendants. | § | |

### ORDER

This Court orders Defendants to file motions, if any, challenging the Louisiana state court's decision to certify a class action in this case by July 15, 2015. Response and reply briefs may be filed in accordance with Local Rule 7.1. *See* N.D. TEX. L.R. 7.1. Because the class certification issues have already been briefed once in state court, the Court is unlikely to grant extensions to this briefing schedule.

Signed June 24, 2015.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE